```
Jake W. Peterson
Peterson and Zeyer
Attorneys at Law
1215 West Hays
Boise ID   83702
PH  (208) 433-9882
Fax (208) 433-9886
Idaho State Bar No. 1675
```

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| | |
|---|---|
| IN THE MATTER OF:            ) | Case No. 09-04031-TLM |
| Justin Wayne Bray and        ) | |
| Melanie Rose Bray,           ) | |
|                              ) | |
| _____debtors._____) | |

MOTION TO BIFURCATE

    COMES NOW, JAKE W. PETERSON, attorney for the above named debtors and hereby moves this Honorable Court for an Order bifurcating the above entitled case so that Melanie Rose Bray can convert to a Chapter 7 Bankruptcy.  The Debtor Melanie Rose Bray has not received a Chapter 7 discharge within the last eight years.

    DATED this 18th day of March, 2014.


                                                 /s/ Jake W. Peterson_____
                                               JAKE W. PETERSON